ROBERT K. PHILLIPS
Nevada Bar No. 11441
RYAN KERBOW
Nevada Bar No. 11403
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
rkerbow@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL L. SERWE, | Case No.: 2:16-cv-00017-MMD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WAL-MART STORES, INC., a Delaware Foreign Corporation; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 15 day of May, 2018.

**RYAN ALEXANDER, CHTD.**

_____
Ryan Alexander, Esq.
Nevada Bar No. 10845
3017 W. Charleston Blvd. #58
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*
*Michael L. Serwe*

DATED this 15th day of May, 2018

**PHILLIPS, SPALLAS & ANGSTADT**

_____
Ryan Kerbow, Esq.
Nevada Bar No. 11403
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 21st day of May, 2018.

_____
**UNITED STATES DISTRICT JUDGE**